ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
3 Diar, LLC ) ASBCA No. 61362
)
Under Contract No. SIL 10-246 )

APPEARANCE FOR THE APPELLANT: Mr. Robyn D. Cherry
Director

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Bruce H. Robinson, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 61362, Appeal of 3 Diar, LLC, rendered
in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals